UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER and DALE R. HURD,<br><br>　　　　　　　Plaintiffs,<br>v.<br>JEANNE WOODFORD, et al.,<br>　　　　　　　Defendants. | Civil No. 05cv1705-LAB(NLS)<br><br>**ORDER RE: SCHEDULING** |

K. Jamel Walker and Dale R. Hurd ("Plaintiffs") brought this suit pursuant to 42 U.S.C. section 1983 challenging the conditions of their confinement, namely, the prison's use of fluorescent lighting in their cells 24 hours a day, a practice they allege deprives them of adequate sleep. [Doc. No. 1.] On October 24, 2006, Defendants filed a Motion to Dismiss [Doc. No. 59] Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which is set for hearing before this Court on November 27, 2006 for purposes of preparation of a Report & Recommendation. **Plaintiffs' Opposition to the Motion to Dismiss is due on or before November 13, 2006.** Because the motion may result in the dismissal of a substantial portion of the complaint, the Court will **DEFER** issuing a scheduling order regulating discovery and all other pretrial proceedings until the Motion to Dismiss is resolved.

**IT IS SO ORDERED**.

DATED: October 26, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge